JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TERRIAN ELISE MILES,

Plaintiff,

v.

AVEN DTLA LLC et al.,

Defendants.

Case No. 2:25-cv-09500-AB-SP

**ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE**

(PURSUANT TO LOCAL RULE 41)

On October 6, 2026, Defendants filed a Motion to Enforce the Terms of the Settlement Agreement. Dkt. No. 39. Plaintiff did not file an Opposition.

On November 5, 2026, the Court issued an Order to Show Cause against Plaintiff as to why this case should not be dismissed for lack of prosecution. Dkt. No. 40. A written response to the Order to Show Cause was ordered to be filed no later than November 6, 2026.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed against all Defendants, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: November 16, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE